UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN CARMEN PEARL,<br><br>　　　　　　Defendant. | Case No. 2:99-cr-000337-RFB-NJK<br><br>**ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER** |

　　　Presently before the court is the matter of U.S. v. John Carmen Pearl. On March 23, 2017 this court held a status conference for a modification of supervised release as to defendant John Carmen Pearl ("Mr. Pearl"). The Court agreed to modify Mr. Pearl's supervision to include his residence in the residential re-entry center for up to ninety (90) days, all of the previously ordered conditions to remain in effect with the following additions and modifications:

　　　1. <u>Reside in Residential Re-entry Center</u> - You shall reside at and participate in the program of a residential re-entry center for a period of ninety (90) days as approved and directed by the probation officer. Defendant's wife may visit him at the halfway house only.

　　　2. <u>Weekly Reporting to the Probation Office</u> – You shall report weekly to the probation office until you report to the half-way house.

　　　DATED this 28th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE